IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02228-RPM

RAELENE HELZER and
LESLEY HELZER,

    Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF GEORGIA,
MARINER HEALTH CARE and
SSC GREELEY KENTON OPERATING COMPANY LLC, d/b/a
KENTON MANOR,

    Defendants.

___

ORDER SETTING SCHEDULING CONFERENCE

___

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **January 4, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by **December 28, 2006.**

Dated: November 8th , 2006

                                        BY THE COURT:
                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge