**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                      January 4, 2007
Courtroom Deputy:   Bernique Abiakam
FTR Technician:       Kathy Terasaki

_____

| | |
|---|---|
| Civil Action No. 06-cv-02228-RPM-CBS | Counsel: |
| RAELENE HELZER and LESLEY HELZER, | Jerry Sumner |
| Plaintiffs, | |
| v. | |
| BLUE CROSS BLUE SHIELD OF GEORGIA, MARINER HEALTH CARE, and SSC GREELEY KENTON OPERATING COMPANY LLC d/b/a KENTON MANOR, | Dean A. McConnell M. Robin Repass |
| Defendants. | |

## COURTROOM MINUTES

**Motions Hearing**

**1:58 p.m.    Court in Session.**

Court calls case. Appearances of counsel.

Preliminary remarks and case review by the Court.

Review and discussion.

Argument by Mr. McConnell. Questions by the Court.

Argument by Ms. Repass. Questions by the Court.

Argument by Mr. Sumner. Questions by the Court.

Further comments by Mr. Repass. Further questions by the Court.

**ORDERED:    Motion To Dismiss Plaintiffs' Claims For Relief (Filed 11/13/06; Doc. No. 13)**

*06-cv-02228-RPM-CBS*
*Motions Hearing*
*January 4, 2007*

      **is GRANTED with leave to file an Amended Complaint, as specified.**

**ORDERED:**  **Defendants Mariner Health Care, Inc. and SSC Greeley Kenton Operating Company LLC d/b/a Kenton Manor's Joinder In Defendant Blue Cross Blue Shield of Georgia's Motion To Dismiss Plaintiffs' Claim For Relief (Filed 11/20/06 Doc. No.14) is GRANTED with leave to file an Amended Complaint, as specified.**

**ORDERED:**  **Plaintiffs counsel shall have to and including February 5, 2007 to file an Amended Complaint. Defendants shall respond on or before February 26, 2007.**

Further discussion regarding case

**2:28 p.m. Court in Recess.**
Total time - 30 minutes. Hearing concluded.