**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                May 31, 2007
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 06-cv-02228-RPM

| | |
|---|---|
| RAELENE HELZER, and<br>LESLEY HELZER, | Jerry Summer |
| Plaintiffs, | |
| v. | |
| BLUE CROSS BLUE SHIELD OF GEORGIA,<br>MARINER HEALTHCARE, and<br>SSC GREELEY KENTON OPERATING COMPANY, LLC.,<br>d/b/a KENTON MANOR, | Dean McConnell<br>Nike Fleming<br>M. Robin Repass |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Motion Hearing**

**10:00 a.m.    Court in session.**

Court's preliminary remarks.

10:02 a.m.    Mr. Summer states case facts and answers questions.
10:09 a.m.    Mr. McConnell answers questions.

**ORDERED:    Motion to Dismiss Plaintiffs' Amended Complaint, filed February 26, 2007 [25], is denied.
A scheduling conference will be set.**

**10:10 a.m.    Court in recess.**

Hearing concluded.  Total time: 10 min.