IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02228-RPM

RAELENE HELZER and
LESLEY HELZER,

   Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF GEORGIA,
MARINER HEALTH CARE and
SSC GREELEY KENTON OPERATING COMPANY LLC, d/b/a
KENTON MANOR,

   Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

   Pursuant to the hearing today, it is

   ORDERED that a scheduling conference will be held on **July 19, 2007, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, an original and one copy (paper) of the proposed Scheduling Order shall be submitted directly to chambers by **July 12, 2007.**

   Dated: May 31st, 2006

                BY THE COURT:
                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge